UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT BARBIC,<br><br>                Plaintiff,<br><br>    v.<br><br>R. CHIRINOS, et al.,<br><br>                Defendants. | Case No. 2:20-cv-07071-FLA (JC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

The court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions, and recommendations of the Magistrate Judge reflected in the October 27, 2022 Report and Recommendation of United States Magistrate Judge. Dkt. 44.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Amend is DENIED.
2. Defendants' Motion to Dismiss is GRANTED in part and DENIED in part.
3. Claim Two of the Second Amended Complaint is dismissed without prejudice to the filing thereof in a separate action.
4. The remaining defendants shall file an Answer to Claim One/the remainder of the Second Amended Complaint within fourteen days of the entry of this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and counsel for defendants.

IT IS SO ORDERED.

Dated: February 22, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge